IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Walker, Karen P | Case Number: 07 B 09682 |
| | Judge: Hollis, Pamela S |
| Printed: 12/02/08 | Filed: 5/29/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 20, 2008
Confirmed: July 30, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,033.00 | |
| Secured: | | 699.99 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,159.53 |
| Trustee Fee: | | 173.48 |
| Other Funds: | | 0.00 |
| Totals: | 3,033.00 | 3,033.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,134.00 | 2,159.53 |
| 2. | Monterey Financial Services | Secured | 3,063.79 | 699.99 |
| 3. | Internal Revenue Service | Priority | 14,581.21 | 0.00 |
| 4. | Peoples Energy Corp | Unsecured | 532.72 | 0.00 |
| 5. | Wells Fargo Ed Fin Servs | Unsecured | 8,240.31 | 0.00 |
| 6. | Wells Fargo Ed Fin Servs | Unsecured | 12,376.81 | 0.00 |
| 7. | Wells Fargo Ed Fin Servs | Unsecured | 12,998.55 | 0.00 |
| 8. | LHR Inc | Unsecured | 1,553.24 | 0.00 |
| 9. | Melvin J Kaplan Esq | Unsecured | 3,389.29 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 443.00 | 0.00 |
| 11. | Capital One | Unsecured | 336.40 | 0.00 |
| 12. | Melvin J Kaplan Esq | Unsecured | 2,947.00 | 0.00 |
| 13. | Commonwealth Edison | Unsecured | 685.31 | 0.00 |
| 14. | Aspire Visa | Unsecured | 235.22 | 0.00 |
| 15. | Barclays Bank of Delaware | Unsecured | | No Claim Filed |
| 16. | Bally's Health Club | Unsecured | | No Claim Filed |
| 17. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| | | | $ 64,516.85 | $ 2,859.52 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 116.16 |
| 6.5% | 57.32 |
| | $ 173.48 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Walker, Karen P

Printed: 12/02/08

Case Number:  07 B 09682
Judge:  Hollis, Pamela S
Filed:  5/29/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

